425 A.2d 840

Commonwealth v. Louis, Appellant.

Submitted June 29, 1979. Ronald F. O'Driscoll, Assistant Public Defender, for appel-

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

lant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, STRANAHAN and SUGERMAN, JJ.*

The judgment of sentence of the lower court is hereby affirmed.